**1546-14**

# ELECTRONIC RECORD

COA #   01-13-00723-CR    OFFENSE:   22.021 (Agg Sex Assault)

STYLE:   William Hayward Freeman, Sr. v. The State of Texas    COUNTY:   Harris

COA DISPOSITION:   AFFIRM    TRIAL COURT:   182nd District Court

DATE: 10/30/2014    Publish: NO   TC CASE #:   1322259

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   William Hayward Freeman, Sr. v. The State of Texas    CCA #:   **1546-14**

_____ PRO SE _____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____ STRUCK _____

DATE: 02/11/2015

JUDGE: [signature]

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

-------------------------

_____ PRO SE _____ PETITION

FOR DISCRETIONARY REVIEW

IS _____ REFUSED _____

DATE 04/22/2015

[signature]
**JUDGE**

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**